UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| INTEGRATED ENERGY HOLDINGS, LLC, a South Dakota Limited Liability Company, | \* \* \* \* | CIV 09-4185 |
| Plaintiff, | \* \* \* | |
| vs. | \* \* | |
| | \* | JUDGMENT OF DISMISSAL |
| BUENA VISTA BIOMASS DEVELOPMENT, LLC, a Delaware Limited Liability Company; BUENA VISTA BIOMASS POWER, LLC, a California Limited Liability Company; OTOKA ENERGY CORPORATION, a Delaware Corporation; and STRATEGIC ENERGY CONCEPTS, LLC, a Missouri Limited Liability Company, | \* \* \* \* \* \* \* \* \* \* | |
| Defendants. | \* | |
| and | \* \* | |
| MARK D. THOMPSON, | \* \* | |
| Intervenor. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with the Memorandum Opinion issued on today's date,

**IT IS ORDERED** that the action is dismissed in its entirety without prejudice and with each party responsible for its own costs and attorney fees.

Dated this 30th day of November, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
By: Summer Wah
DEPUTY